**PETERSON v. P. SANFORD ROSS, Inc.**

District Court, S. D. New York. September 20, 1928.

Simon N. Gazan, of New York City, for plaintiff.

E. C. Sherwood, of New York City, for defendant.

WINSLOW, District Judge. The Jones Act (U. S. Code, title 46, § 688; 46 USCA § 688) provides that, in personal injury actions of seamen, all statutes of the United States modifying or extending the common-law right or remedy of railway employees shall apply. Certain beneficent provisions of the Federal Employers' Liability Act would, therefore, be applicable in such suits.

Under the Federal Employers' Liability Act (U. S. Code, title 45, § 54; 45 USCA § 54) there is no assumption of risk on the part of the land employee, where there has been a violation by the common carrier of the Safety Appliance Act (45 USCA § 1 et seq.). Manifestly, however, the seaman still assumes the ordinary risks of his employment, and also those which are obvious or fully known or appreciated, just as the employee of a common carrier would assume certain risks of his employment. Toledo, St. Louis & Western R. R. Co. v. Allen, 276 U. S. 165, at pages 168 and 169, 48 S. Ct. 215, 72 L. Ed. 513.

Motion to strike out the fourth defense denied.